In the Matter of the Estate of MARY C. DAVIS, Deceased.— Decree unanimously affirmed, with costs against the appellants. Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.